UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANESSA JORDAN

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been
assigned)

-against-

New York State Department
of Taxation and Finance

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.



RECEIVED
MAY 28 2020
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.



RECEIVED
MAY 28 2020
PRO SE OFFICE

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X]   **Federal Question**

[ ]   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Requesting my Personal information such as my W-2 form for 2019 my W-2 form was faxed and submitted by online submission on the website

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, JANESSA JORDAN , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, *New York State Dept of taXurb,* is a citizen of the State of
(Defendant's name)

*New York*

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

*N/A* .

If the defendant is a corporation:

The defendant, *New York State Dept TAX* , is incorporated under the laws of

the State of *New York*

and has its principal place of business in the State of *New York*

or is incorporated under the laws of (foreign state) *N/A*

and has its principal place of business in *New York* .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*JANESSA*                          *JORDAN*

First Name          Middle Initial          Last Name

*P.O BOX 814*

Street Address

*New York*                    *NY*          *10150-0814*

County, City                    State                Zip Code

*317-280-7178*              *Janessajordan98@Yahoo.Com*

Telephone Number          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _New York State Department of Taxation_

First Name                           Last Name

_TAX_

Current Job Title (or other identifying information)

_Harriman Campus Rd._

Current Work Address (or other address where defendant may be served)

_Albany,_                    _NY_         _12226_

County, City                         State              Zip Code

Defendant 2:    _____

First Name                           Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                         State              Zip Code

Defendant 3:    _____

First Name                           Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                         State              Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  *New York*

Date(s) of occurrence:  *March 30, 2020*

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I would like to sue the NewYork State Department of Taxation for One million dollars for requesting MY w-2 form for 2019 for MY refund of $4,376 which I never received bY direct deposit to MY account MY w-2 form was faxed and also Submitted online on the website. I never received no letter in the mail from them I check MY refund Status online and it said that they was requesting to see my w-2 form for 2019 all documents are attached to this Compliant Such as

Refund Status, W-2 form, fax Confirmation, also website Submission, Tax 2019 1040 New York State tax, 2019 fedreal tax. The fedrel was received and the New York State was never received of $4,376 there is no need for the New York State Department of taxation to request to see my w-2 form which is attached to this Compliant, Willing to take $75,000 Settlement.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

No injuries.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Relief of $75,000 of the request of my w-2 form 2019 Requested by New York State Department of taxation The w-2 form was Submitted by fax and online Submission,

Page 6

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4/13/20 | _Venessa Jordan_ |
| Dated | Plaintiff's Signature |
| JANESSA | JORDAN |
| First Name                Middle Initial | Last Name |
| P.O Box 814 | |
| Street Address | |
| New York | NY            10150-0814 |
| County, City                      State | Zip Code |
| 347-280-7178 | Jenessa Jordan 98@Yerhen.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

JANESSA JORDAN
Name (Last, First, MI)

P.o BOX 814       New York   NY   10150
Address          City          State          Zip Code

347-280-7178          Janessa Jorda 98@Yahoo.com
Telephone Number          E-mail Address

4/13/20          Janessa Jordan
Date          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

Janessa Jordan

P.O BOX 814

New York, NY 10150



1000                10007



USM P3
SDNY



RECEIVED

MAY 2.8 2020

PRO SE OFFICE



CERTIFIED MAIL

7017 0660 0000 3431 0743

United States District Court Southern District Of N

500 Pearl Street Room 200

New York, NY 10007